Petition for Writ of Mandamus Denied and Memorandum Opinion filed August
16, 2007








Petition for Writ of
Mandamus Denied and Memorandum Opinion filed August 16, 2007.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00646-CV

____________

 

IN RE R. WAYNE JOHNSON,

 Relator

 

 



 

ORIGINAL
PROCEEDING

WRIT OF MANDAMUS

 



 

M E M O R
A N D U M   O P I N I O N

On
August 3, 2007, relator R. Wayne Johnson, an inmate in the Texas Department of
Criminal Justice, filed a mandamus petition in this court challenging an order
of dismissal entered by respondent, the Honorable Martha Hill Jamison,
presiding judge of the 164th District Court of Harris County.[1]   


Relator
has failed to establish that he is entitled to the mandamus relief requested. 
Accordingly, we deny relator=s petition for writ of mandamus.    








 

PER
CURIAM

 

Petition Denied and Memorandum Opinion filed August
16, 2007.

Panel consists of Chief Justice Hedges, Justices
Anderson and Seymore.









[1]See Tex. Gov=t Code Ann. '
22.221 (Vernon 2004).